# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141673

JEFFERY R. BURNETT,
      Plaintiff-Appellant,

and

ANDREW B. BURNETT,
      Plaintiff,

v

SC: 141673
COA: 296907
Chippewa CC: 09-010235-AV
91st DC: 08-002610-LT

JUDGE LOWELL ULRICH, JUDGE JOHN FITZGERALD, JUDGE BETH GIBSON, JUDGE DENNIS MURPHY, CHIPPEWA COUNTY CLERK, NINETY FIRST DISTRICT COURT ADMINISTRATOR, and JAMES A. RIGGLE,
      Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the June 4, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      As plaintiff Jeffery R. Burnett has repeatedly abused the court system with malicious and/or frivolous filings, we DIRECT the Clerks of this Court, the Court of Appeals, and the Chippewa Circuit Court not to accept any further filings in non-criminal matters unless Mr. Burnett has paid all necessary fees and submitted his filings in full compliance with the court rules.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2010

Clerk

d1117